IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : No. 3:22-CR-3-CAR-CHW-1 |
| JAMES JEROME HILL, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL

Before the Court is Defendant James Jerome Hill's Unopposed Motion to Continue [Doc. 48] the pretrial hearing set for July 21, 2022, and the trial of this case which is set to begin on August 8, 2022, in Athens, Georgia. On January 11, 2022, the Grand Jury returned a four-count indictment against Defendant and his co-defendant charging Defendant with conspiracy to distribute and to possess with intent to distribute methamphetamine, heroin, and fentanyl; possession with intent to distribute heroin and fentanyl, possession of a firearm in furtherance of a drug trafficking crime, and maintaining a drug involved premises. On February 7, 2022, Defendant was appointed counsel, pled not guilty at his arraignment, and was ordered detained pending trial. This case has twice been previously continued, and the Government does not oppose Defendant's current request.

In the Motion, defense counsel represents that additional time is needed to reengage in plea negotiations. Having considered the matter, the Court finds it serves the

1

ends of justice to grant the parties adequate time to address these matters. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, Defendant's Unopposed Motion to Continue Trial [Doc. 48] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until October 24, 2022, the next term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 21st day of July, 2022.

S/ C. Ashley Royal  
C. ASHLEY ROYAL, SENIOR JUDGE  
UNITED STATES DISTRICT COURT
