IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:22-CR-3-CAR-CHW |
| JAMES JEROME HILL | | |
| JASMINE JACKSON, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER ON CONSENT MOTION TO CONTINUE TRIAL

Before the Court is the Government's Consent Motion to Continue [Doc. 56] the trial of this case which was set to begin on December 5, 2022, in Athens, Georgia. On January 11, 2022, the Grand Jury returned a four-count indictment charging Defendants James Jerome Hill and Jasmine Jackson with conspiracy to distribute and to possess with intent to distribute methamphetamine, heroin, and fentanyl; possession with intent to distribute heroin and fentanyl, possession of a firearm in furtherance of a drug trafficking crime, and maintaining a drug involved premises. On January 21, 2022, Defendant Jackson pled not guilty at her arraignment and was released on an unsecured bond with conditions. On February 7, 2022, Defendant Hill was appointed counsel, pled not guilty at his arraignment, and was ordered detained pending trial. This case has been previously continued, and Defendants do not oppose the Government's current request.

In its Motion, the Government represents that additional time is needed to continue plea negotiations. Having considered the matter, the Court finds it serves the ends of justice to grant the parties adequate time to address these matters. The ends of justice served by granting a continuance outweigh the interests of Defendants and the public in a speedy trial.  Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice.  Thus, the Government's Consent Motion to Continue Trial [Doc. 56] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until January 23, 2023, the next term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 21st day of December, 2022.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT