IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:22-CR-3-CAR |
| JAMES JEROME HILL, and | : | |
| JASMINE JACKSON, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER ON GOVERNMENT'S MOTION TO DISMISS INDICTMENT**

Before the Court is the Government's Motion to Dismiss the above-styled Indictment against Defendants James Jerome Hill and Jasmine Jackson pursuant to Federal Rule of Criminal Procedure 48(a). On January 11, 2022, the grand jury returned a 4-count indictment charging Defendant James Jerome Hill with conspiracy to distribute and to possess with intent to distribute methamphetamine, heroin and fentanyl; possession with intent to distribute heroin and fentanyl; possession of a firearm in furtherance of a drug trafficking crime; and maintaining drug involved premises; and charging Defendant Jasmine Jackson with conspiracy to distribute and to possess with intent to distribute methamphetamine, heroin, and fentanyl; possession with intent to distribute heroin and fentanyl; and maintaining a drug involved premises.

On October 11, 2022, Defendants were subsequently indicted with committing the same offenses, as well as additional offenses, in a 28-count indictment in case number 3:22-cr-25-CAR, together with eight co-defendants who were not charged in case number 3:22-

cr-3-CAR. As a result, the Government intends to proceed with prosecution of Defendants Hill and Jackson under case number 3:22-cr-25-CAR and seeks to dismiss the indictment in this case.

The Court finds good cause to grant the Government's request. Accordingly, the Court **GRANTS** the Government's Motion to Dismiss [Doc. 58] and hereby **ORDERS** the pending Indictment in Case No. 3:22-CR-3-CAR against Defendants James Jerome Hill and Jasmine Jackson be **DISMISSED**.

**SO ORDERED,** this 10th day of January, 2023.

S/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT
